| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Lindberg, George W. | 2. Court or Organization Northern District of Illinois | 3. Date of Report 05/12/2011 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Senior U.S. District Judge

**5a. Report Type** (check appropriate type)

- [ ] Nomination, Date
- [ ] Initial  [✓] Annual  [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2010
to
12/31/2010

**7. Chambers or Office Address**

Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/67 | Pension agreements with the State of Illinois |
| 2. | |
| 3. | |

**Lindberg, George W.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindberg, George W. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindberg, George W. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Capital One Bank CD | | None | | | Redeemed | 03/24/10 | K | A | |
| 2. Columbus Ohio Regional Bond | A | Interest | K | T | | | | | |
| 3. Nevada St. Natural Bond | A | Interest | J | T | | | | | |
| 4. Puerto Rico Commonwealth Bond | B | Interest | K | T | | | | | |
| 5. Azusa Bond | A | Interest | K | T | | | | | |
| 6. Massachusetts State Bond | A | Interest | J | T | | | | | |
| 7. Hammond Multi-School Bond | A | Interest | J | T | | | | | |
| 8. Arlington Tx Bond | A | Interest | J | T | | | | | |
| 9. New York St. Urban Bond | A | Interest | J | T | | | | | |
| 10. Michigan St. Hospital Bond | A | Interest | J | T | | | | | |
| 11. Washington State Bond | A | Interest | J | T | | | | | |
| 12. Edward Jones Money Market (MFTF) | A | Dividend | J | T | | | | | |
| 13. American High Income Bond Fund (amhix) | B | Dividend | K | T | Buy | 04/06/10 | J | | |
| 14. Tax Exempt Bond Fund of America (aftex) | B | Dividend | L | T | Buy | 04/06/10 | J | | |
| 15. Edward Jones MFRS Retirement Money Mkt | A | Dividend | J | T | | | | | |
| 16. GE Money Bank CD | B | Interest | K | T | | | | | |
| 17. Income Fund of America (amecx) | A | Dividend | J | T | Buy | 02/12/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
 P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lindberg, George W. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Conoco Phillips | B | Dividend | J | T | Buy | 04/06/10 | J | | |
| 19. Duke Energy | A | Dividend | J | T | Buy | 04/06/10 | J | | |
| 20. Emerson Electric | A | Dividend | J | T | Buy | 04/06/10 | J | | |
| 21. Frontier Communications | A | Dividend | J | T | Buy | 04/06/10 | J | | |
| 22. Johnson & Johnson | A | Dividend | J | T | Buy | 04/06/10 | J | | |
| 23. Kimberly Clark | A | Dividend | J | T | Buy | 04/06/10 | J | | |
| 24. Sysco Corp | A | Dividend | J | T | Buy | 04/06/10 | J | | |
| 25. Verizon Communications | A | Dividend | J | T | Buy | 04/06/10 | J | | |
| 26. Capital Income Builder | A | Dividend | K | T | Buy | 03/26/10 | J | | |
| 27. Capital World Growth & Income | A | Dividend | K | T | Buy | 03/26/10 | J | | |
| 28. Growth Fund of America | A | Dividend | K | T | Buy | 03/26/10 | J | | |
| 29. Fundamental Investors | B | Dividend | K | T | Buy | 03/26/10 | J | | |
| 30. Bank of Highwood CD | A | Interest | | | Redeemed | 04/13/10 | K | A | |
| 31. Bank of Highwood CD | A | Interest | | | Redeemed | 11/16/10 | K | C | |
| 32. Bank of Highwood CD | A | Interest | | | Redeemed | 12/03/10 | K | C | |
| 33. Bank of Highwood CD | | None | M | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lindberg, George W. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George W. Lindberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544